IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MAYRA MARROQUIN,

    Plaintiff,

v.        No. 10-1043 -JDB/egb

THE PICTSWEET COMPANY

    Defendant.

## ORDER OF REFERENCE

The above action is hereby referred to the Honorable Edward G. Bryant, U.S. Magistrate Judge, for the purpose of conducting a settlement conference .

**IT IS SO ORDERED** this 13th day of December, 2010.

        s/ J. DANIEL BREEN
        UNITED STATES DISTRICT JUDGE